UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. 16-cv-06950-KAW |
| Plaintiff, | |
| v. | **ORDER COMPELLING PLAINTIFF TO ATTEND HIS DEPOSITION** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Re: Dkt. No. 42 |
| Defendants. | |

On July 5, 2017, Defendants filed a discovery letter seeking an order dismissing the case or, in the alternative, requiring Plaintiff John Doe to attend his deposition. (Defs.' Letter, Dkt. No. 42 at 1.) Prior to filing the letter, Defendants sent Plaintiff a draft of the letter on June 23, 2017, requesting a response by July 3, 2017. Plaintiff, however, did not respond.

Upon review of the discovery letter, the Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS Defendants' request to compel Plaintiff to sit for his deposition.[1] The parties are ORDERED to meet and confer, and to pick a date within the next two weeks to conduct Plaintiff's deposition; the meet and confer need not be in-person. Plaintiff **must** appear for his deposition, which may last up to one day of seven (7) hours. *See* Fed. R. Civ. P. 30(d). Plaintiff is advised that his failure to attend his deposition may result in sanctions, including the dismissal of his case. *See* Fed. R. Civ. P. 37(d) ("The court where the action is pending may, on motion, order sanctions if . . . a person . . . fails, after being served with proper notice, to appear for that person's deposition").

Additionally, the parties are reminded of their obligation to meet and confer in good faith

---

[1] The Court does not find dismissal to be warranted at this time.

with respect to any discovery disputes.[2]  (Judge Westmore's Standing Order ¶ 12.)

IT IS SO ORDERED.

Dated: July 7, 2017

                                         KANDIS A. WESTMORE
                                         United States Magistrate Judge

---

[2] According to Defendants' letter, Defendants repeatedly attempted to meet and confer with Plaintiff, but Plaintiff failed to appear at the scheduled meetings on June 2, 2017, June 12, 2017, and June 16, 2017.  (Defs.' Letter at 1-2.)  While Plaintiff is *pro se*, Plaintiff is still required to comply with the Court's rules and standing orders.

2