John Doe
ADDRESS REDACTED
ADDRESSREDACTED
TELEPHONE RFFEDACTED
EMAIL REDACTED

PLAINTIFF *IN PROPRIA PERSONA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VISION

| | |
|---|---|
| JOHN DOE, | Case No. 16-cv-06950-KAW |
| Plaintiff, | **VOLUNTARY DISMISSAL BY PLAINTIFF JOHN DOE OF THE ENTIRE CASE WITH PREJUDICE AGAINST ALL DEFENDANTS NAMED IN FIRST AMENDED COMPLAINT** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO POLICE DEPARTMENT, ANTHONY L. MANFREDA, Individually and in His Official Capacity as San Francisco Police Sergeant, NATHAN E. BERNARD, Individually and in His Official Capacity as San Francisco Police Officer, VALERIE DURKIN, Individually and in Her Official Capacity as San Francisco Police Officer, BRIAN JOSEPH DONOHUE, Individually and in His Official Capacity as San Francisco Police Officer, TIMOTHY NEVES, Individually and in His Official Capacity as San Francisco Police Officer, MIGUEL GONZALEZ, Individually and in His Official Capacity as San Francisco Police Officer, CHRISTOPHER J. HUTCHINSON, Individually and in His Official Capacity as San Francisco Police Officer, and DOES 1 Through 50, name(s), Inclusive, | Judge: Hon. Kandis A. Westmore |
| | Removed: December 2, 2016 |
| Defendants. | |

**IT IS SO ORDERED**
*Kandis Westmore*
Judge Kandis Westmore

**VOLUNTARY DISMISSAL**       1
Doe v. City and County of San Francisco, et al.;
Case No. 16-cv-6950-KAW

Pursuant to the Court's July 26, 2017, Order to Show Cause (Dkt. 47), I John Doe, the Plaintiff in this lawsuit, voluntarily dismiss the entire case, as to all Defendants named in the First Amended Complaint, with prejudice, each side to bear his (or its) own costs and attorney's fees.

Dated: August 4, 2017

By: *[signature]*

JOHN DOE

Plaintiff
*In Propria Person*

**VOLUNTARY DISMISSAL**　　　　2
Doe v. City and County of San Francisco, et al.;
Case No. 16-cv-6950-KAW